**ORIGINAL**

## FINDING RE PROBABLE CAUSE

**SA08-561 M**

On October 3, 2008, at ___3:55___ a.m./p.m., Agent CHRISTOPHER GICKING of the FEDERAL BUREAU OF INVESTIGATION appeared before me regarding the probable cause arrest of defendant VINCENT DEAN MALICEK, JR., occurring at approximately 11:40 a.m. on October 3, 2008, at 3500 Greenville Street, Santa Ana, California.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there exists probable cause to arrest the defendant for a violation of 18 U.S.C. § 2113(a).

___X___ It is ordered that defendant VINCENT DEAN MALICEK, JR. be held to answer for proceedings under Federal Rule of Criminal Procedure 5/40 on ___October 6___, 2008.

_____ It is ordered that defendant VINCENT DEAN MALICEK, JR. be discharged from custody on this case forthwith.

DATED: October 3, 2008 at ___3:55___ a.m./p.m.

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE